STEPHANIE FORMAN, ESQ.; STATE BAR NO.: 195757
DIANA M. RIVERA, ESQ.; STATE BAR NO.: 222025

**THARPE & HOWELL, LLP**
**15250 Ventura Blvd., Ninth Floor**
**Sherman Oaks, California 91403**
**(818) 205-9955; (818) 205-9944 fax**
E-Mail: sforman@tharpe-howell.com
E-Mail: drivera@tharpe-howell.com

Attorneys for Defendant,
ORCHARD SUPPLY COMPANY, LLC

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CAROLYN JOHNSON, an individual<br><br>Plaintiff(s),<br><br>v.<br><br>ORCHARD SUPPLY COMPANY, LLC, a business entity, doing business as ORCHARD SUPPLY HARDWARE; and DOES 1 through 50, Inclusive,<br><br>Defendant(s). | Case No.: 2:19-CV-05031-MWF (SKx)<br><br>*[San Luis Obispo County Superior Court Case No. 19CV-0203]*<br><br>**ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br><br>[Assigned to Hon. Michael W. Fitzgerald, U.S. District Judge] |

**IT IS HEREBY ORDERED** that the Complaint of Plaintiff, CAROLYN JOHNSON is hereby dismissed in its entirety, with prejudice.

Dated: February 4, 2020_____   By: _____
                                                                U.S. DISTRICT COURT JUDGE